1150

No. 00–1004. BEARDSLEE v. WASHINGTON STATE DEPARTMENT OF HEALTH AND SOCIAL SERVICES ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–1005. OSIJO v. WEINER ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–1006. McCOY ET AL. v. CHICAGO HEIGHTS PARK DISTRICT ET AL. C. A. 7th Cir. Certiorari denied.

No. 00–1007. MISSISSIPPI STATE UNIVERSITY v. VADIE. C. A. 5th Cir. Certiorari denied.

No. 00–1008. TURNBOW-GARLINGTON v. ENGLISH ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–1009. McDONALD v. GRIFFIN ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–1010. NEW HAVEN PROJECTS LIMITED LIABILITY CO. v. CITY OF NEW HAVEN ET AL. C. A. 2d Cir. Certiorari denied.

No. 00–1013. YAFFE v. ADAMS. Ct. Civ. App. Okla. Certiorari denied.

No. 00–1015. SWIFT v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 00–1017. BECKMAN INSTRUMENTS, INC., ET AL. v. CINCOM SYSTEMS, INC. C. A. 9th Cir. Certiorari denied.

No. 00–1018. WERTH v. GARVEY, ADMINISTRATOR, FEDERAL AVIATION ADMINISTRATION. C. A. 11th Cir. Certiorari denied.

No. 00–1019. ANCHOR v. HICKMAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–1026. VINSON v. COLLUMS ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–1033. LENNIX v. HALTER, ACTING COMMISSIONER OF SOCIAL SECURITY. C. A. 5th Cir. Certiorari denied.